ANTON PITELA, APPELLEE, V. DOMINEK ROUBLICEK,
APPELLANT.

FILED JANUARY 2, 1915.    No. 17,955.

1. Appeal: REVIEW: PLEADING.  When part of an answer is stricken
   out by the court, and no exception is taken to such ruling, and
   an amended answer is filed upon which the case is tried, error
   cannot be predicated upon such ruling of the court.

2. ————: AFFIRMANCE.  The evidence is found sufficient to support
   the verdict, and, no error being pointed out requiring a reversal,
   the judgment is affirmed.

APPEAL from the district court for Saunders county:
GEORGE F. CORCORAN, JUDGE.  *Affirmed.*

*Burr, Greene & Greene,* for appellant.

*E. E. Placek* and *P. P. White, contra.*

SEDGWICK, J.

The plaintiff brought this action against the defendant
in the district court for Saunders county to recover dam-
ages for an alleged assault and battery.  The defendant an-
swered, setting up what he called a counterclaim, some-
what in the nature of an offset for prior damages.  On mo-
tion of the plaintiff, this was stricken out.  The defendant
then filed an amended answer.  No exception was taken to
the ruling of the court in striking out a part of the former
answer, and, of course, by filing the amended answer the
ruling of the district court was acquiesced in.

In addition to a considerable argument in regard to the
right of defendant to counterclaim damages, which, of
course, has no application to this case in the condition of
the record, the defendant briefly alleges in the brief that
the evidence is not sufficient to support the verdict, and
that there were errors of the court.  No parts of the rec-
ord are referred to containing the supposed errors, and
there is no ground for the contention that the verdict was

97Neb.36

not supported. The plaintiff and several witnesses testified to the assault and battery, and the defendant himself substantially admitted the same.

No error is pointed out in the record, and the judgment of the district court is

AFFIRMED.

LETTON, ROSE and FAWCETT, JJ., not sitting.